```
 1  GEN FUJIOKA (SBN 116727)
    MALCOLM YEUNG (SBN 218454)
 2  ASIAN LAW CAUCUS, INC.
    939 Market Street, Suite 201
 3  San Francisco, CA 94103
    Telephone: 415-896-1701
 4  Facsimile: 415-896-1702

 5  D. SCOTT CHANG (SBN 146403)
    Post Office Box 1299
 6  Belmont, CA  94002
    Telephone: 650-947-9906
 7  Facsimile: 650-948-4159

 8  Attorneys for Plaintiff DENISE JOINER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE LEON JOINER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FIFTEEN ASSET MANAGEMENT, LLC, a Florida corporation; THURMAN BRIDGEPORT, LLC, a Delaware limited liability company; and ALAMEDA MULTI-FAMILY VENTURES, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No.: C-05-00052 MJJ<br><br>**JOINT REQUEST TO DISMISS WITH PREJUDICE**<br><br>**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

WHEREBY the parties have resolved this matter pursuant to the terms of the "Settlement Agreement and General Release," dated June 10, 2005, the parties hereby request that the Court dismiss this matter with prejudice.

//

//

//

1  //
2  //
3  Dated: June 10, 2005

          ASIAN LAW CAUCUS

          By: /s/

          GEN FUJIOKA,
          Attorney for Plaintiff

Dated: June 10, 2005

          FIFTEEN ASSET MANAGEMENT, LLC,
          THURMAN BRIDGEPORT, LLC, and
          ALAMEDA MULTI-FAMILY VENTURES, LLC

          By: /s/

          MARK HARTNEY,
          Attorney for Defendants

## ORDER DISMISSING WITH PREJUDICE

Upon request of the parties, the Court hereby dismisses this matter with prejudice. In addition, the Court Orders:

[APPROVED — Judge Martin J. Jenkins, United States District Court, Northern District of California]

Dated: 6/13/2005        /s/
          United States District Judge